**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| RALPH STEPHEN COPPOLA, | Case No. 3:26-CV-00347-ART-CLB |
| Plaintiff, | **ORDER WITHDRAWING REPORT AND RECOMMENDATION** |
| v. | [ECF No. 4] |
| CITY OF RENO, *et al.*, | |
| Defendants. | |

Plaintiff Ralph Coppola ("Coppola") initiated this case by filing an application to proceed *in forma pauperis* and a *pro se* complaint. (ECF Nos. 1; 1-2.) Coppola failed to provide sufficient information in his application to proceed *in forma pauperis*, however, so the Court ordered him to refile an updated application on the court-approved form on or before June 12, 2026. (ECF No. 3.) Coppola did not comply with the Court's order, so the Court submitted a report and recommendation recommending Coppola's case be dismissed. (ECF No. 4.) The following week, however, Coppola submitted an updated application to proceed *in forma pauperis*. (ECF No. 5.) Accordingly, the Court hereby **WITHDRAWS** its report and recommendation. (ECF No. 4.) The Court will screen Coppola's application to proceed *in forma pauperis* and *pro se* complaint in the normal course.

**IT IS SO ORDERED**.

**DATED**: June 29, 2026 .

_____
**UNITED STATES MAGISTRATE JUDGE**