**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RALPH STEPHEN COPPOLA,

Plaintiff,

v.

CITY OF RENO, *et al.*,

Defendants.

Case No. 3:26-CV-00347-ART-CLB

**ORDER GRANTING MOTION FOR *PRO SE* LITIGANT TO FILE ELECTRONICALLY**

[ECF No. 7]

Good cause appearing, Plaintiff Ralph Coppola's ("Coppola") motion for permission to file electronically, (ECF No. 7), is **GRANTED**. In order for Coppola to file documents electronically, he is required to register and maintain a CM/ECF account, which can be found on the Court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Coppola shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices, and the Civil Events Menu that are accessible on the website. Coppola is instructed that this order granting permission to file on CM/ECF is applicable only to this case.

**IT IS SO ORDERED.**

**DATED**: July 31, 2026.

**UNITED STATES MAGISTRATE JUDGE**