UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RALPH STEPHEN COPPOLA,

Plaintiff,

v.

CITY OF RENO, et al.,

Defendants.

Case No. 3:26-cv-00347-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION

*Pro se* Plaintiff Ralph Stephen Coppola filed this civil rights action against Defendants Jesse David Solomon, several local Reno and Washoe County entities, and numerous unnamed Doe defendants employed by those local entities. (ECF No. 1-2.) Magistrate Judge Carla Baldwin issued a report and recommendation ("R&R") recommending that (1) Coppola's application to proceed *in forma pauperis* be granted; (2) Coppola's complaint be dismissed with leave to amend; (3) Coppola's motion to appoint a special master be denied; and (4) Coppola's motion for a preliminary injunction and temporary restraining order be denied. (ECF No. 10.) Judge Baldwin also recommended that, upon adoption of the R&R, Mr. Coppola should be given 30 days from the date of adoption to file an amended complaint, should he so choose. (ECF No. 10 at 7.) The fourteen-day period for objecting to Judge Baldwin's R&R passed without any such filings being made. (ECF No. 10 at 6-7.) Mr. Coppola then filed a motion to extend the deadline for filing his amended complaint to November 30, 2026, (ECF No. 12.), although there was not yet a deadline in place for that filing because the Court had yet to take action on Judge Baldwin's R&R.

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1). Where no party objects to a magistrate

judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

No objections have been made to Judge Baldwin's recommendations, and the time to do so has now expired. The Court agrees with Judge Baldwin's reasoning and adopts her R&R in full.

It is therefore ordered that Mr. Coppola's application to proceed *in forma pauperis*, (ECF No. 5), is GRANTED.

It is further ordered that Mr. Coppola's original complaint, (ECF No. 1-2), is DISMISSED WITH LEAVE TO AMEND.

It is further ordered that Mr. Coppola's motion to appoint a special master, (ECF No. 8), is DENIED.

It is further ordered that Mr. Coppola's motion for a preliminary injunction and temporary restraining order, (ECF No. 9), is DENIED.

It is further ordered that Mr. Coppola's motion to extend the deadline for filing his first amended complaint, (ECF No. 12), is GRANTED, good cause appearing. Mr. Coppola shall have until November 30, 2026 to file.

Dated this 10th day of September 2026.



ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE