**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

RALPH STEPHEN COPPOLA,

Plaintiff,

v.

CITY OF RENO, *et al.*,

Defendants.

Case No. 3:26-CV-00347-ART-CLB

**ORDER DENYING MOTION TO ENFORCE AND IMPLEMENT ECF NO. 11 AS MOOT**

[ECF No. 14]

Currently pending before the Court is Plaintiff Ralph Stehpen Coppola's "Motion Enforce and Implement ECF No. 11 Order Granting Permission to File Electronically." (ECF No. 14.) On July 31, 2026, the Court granted Plaintiff's request to file electronically. (ECF No. 11.) In the current motion, Plaintiff indicates he has been unable to file electronically due to issues with the Court's CM/ECF program. Although Plaintiff has made several attempts to correct the issue, he was unable to do so and filed this motion asking the Court to assist him.

After receiving Plaintiff's motion, the Court reviewed the issues internally, and the Clerk's Office for the District of Nevada assured the Court that it made all necessary corrections to the CM/ECF system in this case to ensure Plaintiff could electronically file. In other words, the Court has made the necessary corrections, and Plaintiff should not experience any further issues when attempting to file electronically at this time. For these reasons, Plaintiff's motion, (ECF No. 14), is **DENIED AS MOOT**.[1]

**IT IS SO ORDERED.**

**DATED**: October 19, 2026

**UNITED STATES MAGISTRATE JUDGE**

---

1 If Plaintiff experiences any further difficulties electronically filing documents in this case, the Court grants Plaintiff leave to refile this motion, and the Court will take action to ensure that its prior order is complied with. The Court apologizes to Plaintiff for the difficulties he has experienced and will endeavor to ensure these issues do not continue.